UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JUAN MANUEL ROMERO, individually and aka Manuel Romero dba Monte Alban aka Monte Alvan, <br><br> Defendant. | CASE NO. CV 00-9782 RMT (RZx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant JUAN MANUEL ROMERO, individually and aka Manuel Romero dba Monte Alban aka Monte Alvan, the Default Judgment entered on 6/1/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment      $6,800.00
    b. Costs after judgment      $ -0-
    c. Attorneys fees:      $ -0-
    d. Subtotal (*add a and b*)      $6,800.00
    e. Credits after judgment      $ -0-

```
f. Subtotal (subtract d from c)              $6,800.00
g. Interest after judgment                   $1,700.00
h. Fee for filing renewal application        $   -0-
i. Total renewed judgment (add e. 5. and g)  $8,500.00
```

DATED: January 13, 2011          CLERK, by  Lori Muraoka
                                 Deputy